ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2007 JUN 14 P 12: 43

CLERK 2 Burton
SO. DIST. OF GA.

NICHOLAS GERARDE )
MIDDLEBROOKS, )
 )
    Plaintiff, )
 )
v. ) CV 107-015
 )
RICHMOND COUNTY, GEORGIA )
SHERIFF'S OFFICE, et al., )
 )
    Defendants. )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's request for the appointment of counsel is **DENIED**, Plaintiff's complaint is **DISMISSED** for failure to state a claim upon which relief may be granted, and this civil action is **CLOSED**.

SO ORDERED this 14 day of June, 2007, at Augusta, Georgia.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE